UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20049-CR-GAYLES/LOUIS

18 U.S.C. § 554
18 U.S.C. § 922(e)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 981(a)(1)(C)

FILED BY _____MP_____ D.C.

Feb 8, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

RONALD ZAPETE,

    **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Smuggling Goods from the United States**
**(18 U.S.C. § 554)**

On or about October 20, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD ZAPETE,**

did fraudulently and knowingly export and send, and attempt to export and send, from the United States to a place outside thereof, that is, the Dominican Republic, any merchandise, article, and object, that is, a firearm, and did receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, that is, Title 18 United States Code, Section 922(e), in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that the firearms are:

i. One (1) Smith & Wesson MP 380mm Pistol,

ii. One (1) Glock 19 Gen 5, 9mm Pistol, and

iii. One (1) FN 5.7 Pistol.

## COUNT 2
### Delivery of a Firearm to a Common Carrier Without Written Notification
### (18 U.S.C. § 922(e))

On or about October 20, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RONALD ZAPETE,**

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

## FORFEITURE ALLEGATIONS

The allegations of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RONALD ZAPETE**, has an interest.

1. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal laws of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

2. Upon conviction of a violation of Title 18, United States Code, Section 554, as

alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constituted or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18 United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
DANIEL ROSENFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

24-20049-CR-GAYLES/LOUIS

| UNITED STATES OF AMERICA | CASE NO.: |
|---|---|

v.

RONALD ZAPETE,

_____/
Defendant

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☒ Miami  ☐ Key West  ☐ FTP
☐ FTL   ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-MJ-6041-AOV
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 1/29/2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _/s/ Daniel Rosenfeld_
DANIEL ROSENFELD
Assistant United States Attorney
Court ID No. A5503081

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RONALD ZAPETE

**Case No:**

Count # 1

Smuggling Goods from the United States

Title 18, United States Code, Section 554
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000**

Count # 2

Delivery of a Firearm to a Common Carrier Without Written Notification

Title 18, United States Code, Section 922(e)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 Years**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.